

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 11, 2020

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted. Speedy Trial
Time is excluded until December 18,
2020. SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       December 11, 2020

Re:    ***United States v. Quaysean Cannonier*, 20 Cr. 674 (NRB)**

Dear Judge Buchwald:

On November 14, 2020, the defendant Quaysean Cannonier was charged by complaint with one count of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g).  On December 8, 2020, a grand jury in this District returned an Indictment charging Cannonier with one count of being a felon in possession of a firearm, and one count of being a felon in possession of ammunition, both in violation of  18 U.S.C. § 922(g).  The Court has scheduled an initial pretrial conference in this matter for December 18, 2020, at 12:00 p.m.

The Government requests, with defense counsel's consent, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until December 18, 2020 in the interests of justice. The exclusion of time will provide the parties the opportunity to discuss a potential pretrial disposition and for the Government to begin its production of discovery to the defendant.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for
the Southern District of New York

By: _____/s/ Alexandra Rothman_____
    Alexandra Rothman
    Assistant United States Attorney
    (212) 637-2580

cc: Jeffrey Pittell, Esq. (via ECF)