

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 18, 2021

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> ```
> Application granted. Speedy Trial
> Time excluded until March 1, 2021.
> ```
> SO ORDERED.
>
> *[signature]*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: New York, New York
>        February 18, 2021

Re:   **United States v. Quaysean Cannonier,**
      **20 Cr. 674 (NRB)**

Dear Judge Buchwald:

     The Government writes to respectfully request that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today and March 1, 2021, the date of the next conference in the above-captioned matter.  The Government submits that the ends of justice served by an exclusion of the time outweigh the best interests of the public and the defendant in a speedy trial because it will allow for the defendant to continue his review of the discovery materials in this case and for the parties to discuss a potential pretrial disposition of this matter. Counsel for the defendant has consented to this exclusion of time.

                                     Respectfully submitted,

                                       AUDREY STRAUSS
                                       United States Attorney

By: *[signature]*

                                       Alexandra N. Rothman
                                       Assistant United States Attorney
                                       (212) 637-2580

cc:   Defense counsel (by ECF)