

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 16, 2021

```
Application granted.
Status update due June 16,
2021. Speedy Trial Time
excluded between April 16,
2021 and June 16, 2021.
SO ORDERED.

                NAOMI REICE BUCHWALD
            UNITED STATES DISTRICT JUDGE

Dated: New York, New York
            April 19, 2021
```

**BY ECF**
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Quaysean Cannonier*, 20 Cr. 674 (NRB)

Dear Judge Buchwald:

Pursuant to the Court's order of March 2, 2021, (*see* Minute Entry dated Mar. 2, 2021), the Government writes, jointly with defense counsel, to provide a status update in the above-captioned case. The parties are working towards a pretrial disposition of this matter. At the same time, the Government understands that the Court has approved defense counsel's request that an evaluation be performed on the defendant. Accordingly, the parties respectfully request that the Court adjourn this matter for a period of sixty days, at which point the parties will provide the Court with another status update.

In the event that the Court approves this request, the Government further requests, with defense counsel's consent, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today and the date of the next status update in the interests of justice. The exclusion of time will provide the defendant with the opportunity to obtain the requested evaluation and for the parties to continue their discussions regarding a potential pretrial disposition.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for
the Southern District of New York

By:  _____/s/ Alexandra Rothman_____
Alexandra Rothman
Assistant United States Attorney
(212) 637-2580