

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 30, 2021

> Application granted. A conference is scheduled for September 14, 2021 at 12 pm. Speedy Trial Time is excluded until September 14, 2021.
>
> SO ORDERED.
>
> [signature]
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
> Dated: New York, New York
> July 30, 2021

**BY ECF**
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Quaysean Cannonier*, 20 Cr. 674 (NRB)

Dear Judge Buchwald:

The Government writes, jointly with defense counsel, to provide a status update in the above-captioned case. The Government understands that the defendant's evaluation has been completed and that defense counsel is waiting to receive a copy of the evaluation report. The parties are also in discussions regarding a potential pretrial disposition of this matter. Accordingly, the parties respectfully request that the Court schedule a status conference for early September 2021, at which point the parties anticipate being in a position to resolve this case or to request a motions schedule and trial date.

In the event that the Court approves this request, the Government further requests, with defense counsel's consent, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today and the date of the status conference in the interests of justice. The exclusion of time will provide defense counsel with the opportunity to obtain the requested evaluation report and for the parties to continue their discussions regarding a pretrial disposition of this matter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for
the Southern District of New York

By:   _____/s/ Alexandra Rothman_____
Alexandra Rothman
Assistant United States Attorney
(212) 637-2580