**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 20, 2021

Application granted.
Status conference
adjourned until November
8, 2021 at 11:00 a.m.
Speedy Trial Time
excluded until November
8, 2021.
SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        September 22, 2021

**BY ECF**
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. Quaysean Cannonier*, 20 Cr. 674 (NRB)

Dear Judge Buchwald:

The Government writes to respectfully request that the status conference currently scheduled for September 23, 2021, be adjourned for a period of 45 days. The parties are in discussions regarding a potential pretrial disposition of this matter, and respectfully submit that an adjournment of 45 days would allow time for the parties to continue those discussions. The Government has conferred with defense counsel who consents to this request.

In the event that the Court approves this request, the Government further requests, with defense counsel's consent, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between September 23, 2021, and the date of the rescheduled conference in the interests of justice. The exclusion of time will allow time for the parties to continue their discussions regarding a pretrial disposition of this matter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for
the Southern District of New York

By: _____/s/ Alexandra Rothman_____
    Alexandra Rothman
    Assistant United States Attorney
    (212) 637-2580