**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 9, 2021

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Quaysean Cannonier*, 20 Cr. 674 (NRB)

Dear Judge Buchwald:

    The Government requests, with defense counsel's consent, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today and November 18, 2021 in the interests of justice. The exclusion of time will provide the parties the opportunity to discuss a potential pretrial disposition.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney for
                              the Southern District of New York

                     By: _____/s/ Alexandra Rothman_____
                          Alexandra Rothman
                          Assistant United States Attorney
                          (212) 637-2580

*[Handwritten: So ordered. Naomi Reice Buchwald, USDJ 11/9/21]*

cc: Jeffrey Pittell, Esq. (via ECF)