*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 23, 2021

> Application granted.
> Speedy Trial Time is
> excluded until November
> 30, 2021.
> SO ORDERED.
>
> /s/ Naomi Reice Buchwald
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: New York, New York
>        November 23, 2021

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Quaysean Cannonier*, 20 Cr. 674 (NRB)

Dear Judge Buchwald:

    The Government requests, with defense counsel's consent, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today and November 30, 2021, the date of the rescheduled conference in this matter.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for
    the Southern District of New York

    By: _____/s/ Alexandra Rothman_____
        Alexandra Rothman
        Assistant United States Attorney
        (212) 637-2580

cc: Jeffrey Pittell, Esq. (via ECF)