**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 2, 2022

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Quaysean Cannonier*, **20 Cr. 674 (NRB)**

Dear Judge Buchwald:

The Government writes, at the request of the Court and with the consent of defense counsel, to respectfully request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today and June 14, 2022, the date of the next conference in this matter.

So Ordered.
/s/ Naomi Reice Buchwald
USDJ
6/2/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for
the Southern District of New York

By:   /s/ Alexandra Rothman
Alexandra Rothman
Assistant United States Attorney
(212) 637-2580

cc: Jeffrey Pittell, Esq. (via ECF)