

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 30, 2022

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    ***United States v. Quaysean Cannonier*, 20 Cr. 674 (NRB)**

Dear Judge Buchwald:

      The Government writes, at the request of the Court, to respectfully request that the Court schedule a status conference in this matter for July 19, 2022 at 3:30 p.m.  The Government further requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between ~~June 14, 2022~~, and July 19, 2022.
      July 1, 2022

                                                      Respectfully submitted,

Application granted.                DAMIAN WILLIAMS
Speedy Trial Time is             United States Attorney for
excluded until July 19,       the Southern District of New York
2022.
SO ORDERED.

                                           By: _____/s/ Alexandra Rothman_____
*NAOMI REICE BUCHWALD*
*UNITED STATES DISTRICT JUDGE*            Alexandra Rothman
Dated: New York, New York       Assistant United States Attorney
        July 1, 2022                   (212) 637-2580

cc: Jeffrey Pittell, Esq. (via ECF)