# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
jp@jpittell.com

*Long Island Office*
10 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
jp@jpittell.com

September 22, 2022

Hon. Naomi Reice Buchwald
U.S. District Court - SDNY
U.S. Courthouse
40 Foley Sq.
New York, NY 10007

Re:   Re:   *U.S. v. Cannonier* 20 cr 674 (NRB)

Dear Judge Buchwald:

      I am counsel to Mr. Cannonier in the above referenced matter. Please accept this letter as a status report and in lieu of a formal motion requesting an adjournment of Mr. Cannonier's sentence.

      The presentence investigation interview ("PSI") was scheduled to take place today, in person, at MDC Brooklyn. However, on September 20, 2022, I received an email issued by the MDC legal department informing that some units were placed on a 10 day Covid quarantine due to some inmates having positive Covid test results. The email indicated inmates in those units are not be permitted to leave for court appearances or in person visitation. Thereafter, I confirmed that Mr. Cannonier is in one of the quarantine units.

      In light of the foregoing, the PSI did not occur today. Due to upcoming religious holidays and professional commitments, the earliest mutually available date -- for me and the assigned Probation Officer, Pamela Flemen -- is October 20, 2022. Accordingly, we have rescheduled the interview for this date. As such, Officer Flemen requests the Presentence Report disclosure dates be modified as follows: First Disclosure - November 18, 2022 and Final Disclosure - December ~~26~~, 27 2022. In addition, I respectfully request the sentencing date be adjourned for approximately 30 days after the Final Disclosure date, subject to the Court and parties' availability, to a date during the week of January 23, 2023.

      I have conferred with the Government and they do not object to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   AUSA Alexandra Rothman

---

Application granted. Sentencing rescheduled for January 24, 2023 at 11:00 AM. Defendant's sentencing submission is due January 6, 2023. The Government's sentencing submission is due January 17, 2023.

SO ORDERED.

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       September 23, 2022