# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*  
**42-40 Bell Blvd, Suite 302**  
**Bayside, New York 11361**  
Tel (516) 829-2299  
*jp@jpittell.com*

*Long Island Office*  
**10 Bond St, Suite 389**  
**Great Neck, New York 11021**  
Tel (516) 829-2299  
*jp@jpittell.com*

January 12, 2023

Hon. Naomi Reice Buchwald  
U.S. District Court - SDNY  
U.S. Courthouse  
40 Foley Sq.  
New York, NY 10007

Re:   Re:   *U.S. v. Cannonier* 20 cr 674 (NRB)

Dear Judge Buchwald:

> Application granted. Sentencing will take place on March 9, 2023, at 11:00 AM. Defendant's sentencing submission is due on February 21, 2023, and the Government's sentencing submission is due on March 2, 2023.
> SO ORDERED.
> /s/ Naomi Reice Buchwald
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: New York, New York
>        January 17, 2023

I am counsel to Mr. Cannonier in the above referenced matter. Please accept this letter as a status report and in lieu of a formal motion requesting an adjournment of Mr. Cannonier's sentence.

Sentencing is currently scheduled for January 24, 2023.

I previously received the draft Presentence Investigation Report (the "PSR") and submitted numerous objections to it. As noted in the final version of the PSR, almost all of these objections were rejected by the Probation Department. As such, these issues -- including ones addressing the calculation of Mr. Cannonier's advisory Sentencing Guidelines -- must be briefed, and presented for the Court's resolution, in the Sentencing Memorandum I am preparing on behalf of Mr. Cannonier. In addition, I seek additional time to meet with Mr. Cannonier and discuss the preparation of the Sentencing Memorandum and to review information he has provided to me.

Accordingly, I respectfully request the sentencing date be adjourned for approximately 45 days. Subject to the Court and Government's availability I can be available on the following dates: March 8, 9, 14, 15 (after 12 p.m.),16 or 17.

I have conferred with the Government and they do not object to this request.

Respectfully submitted,  
/s/  
Jeffrey G. Pittell

cc:   AUSA Alexandra Rothman