# MAHER & PITTELL, LLP
### ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
Tel (516) 829-2299
*jp@jpittell.com*

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
Tel (516) 829-2299
*jp@jpittell.com*

September 25, 2025

Hon. Naomi Reice Buchwald
U.S. District Court - SDNY
U.S. Courthouse
40 Foley Sq.
New York, NY 10007

Re:   Re:   *U.S. v. Cannonier* 20 cr 674 (NRB) (Violation of Supervised Release "VOSR")

Dear Judge Buchwald:

I am counsel to Mr. Cannonier in the above referenced matter.

Currently, the case is scheduled for a conference and presentment on a supplemental VOSR report on September 30, 2025.

Due to a scheduling conflict, I am now unable to appear on the current date. Accordingly, please accept this letter in lieu of a formal motion requesting the matter be adjourned to October 28, 2025 at 1 p.m. Prior to submission of this letter I conferred with the Court and the parties. It is my understanding this date is available on the Court's calendar and the parties can appear on this date.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   AUSA Alexandra Rothman
      USPO Robert Harris

[Handwritten annotation: Application granted. Reice Buchwald, USDJ 9/25/25]