# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*  
**42-40 Bell Blvd, Suite 302**  
**Bayside, New York 11361**  
Tel (516) 829-2299  
*jp@jpittell.com*

*Long Island Office*  
**10 Bond St, Suite 389**  
**Great Neck, New York 11021**  
Tel (516) 829-2299  
*jp@jpittell.com*

November 21, 2025

> Application granted.
>
> SO ORDERED.
>
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: November 24, 2025
> New York, New York

Hon. Naomi Reice Buchwald  
U.S. District Court - SDNY  
U.S. Courthouse  
40 Foley Sq.  
New York, NY 10007

Re: *U.S. v. Cannonier* 20 cr 674 (NRB) (Violation of Supervised Release "VOSR")

Dear Judge Buchwald:

    I am counsel to Mr. Cannonier in the above referenced matter. Previously, Mr. Cannonier admitted to a specification in the VOSR. Sentencing is currently scheduled for December 4, 2025.

    Please accept this letter in lieu of a formal motion requesting an extension of the defense sentencing submission date until Tuesday, November 25, 2025. I request this extension as the parties have reached an agreement in principle for a joint sentencing recommendation. However, I seek additional time in order to discuss the recommendation with Mr. Cannonier.

    The Government informs they do not object to this request.

                                          Respectfully submitted,  
                                          /s/  
                                          Jeffrey G. Pittell

cc:    AUSA Alexandra Rothman  
        USPO Robert Harris